(Post.3/26/13)

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FEB 2 0 2015

JAMES W. McCORMACK, CLERK
By:_____
/DEP CLERK

UNITED STATES OF AMERICA

PLAINTIFF

vs.                    NO. 4:14 CR-00240 BRW

Eddie Jerome Gilliam                    DEFENDANT

### WAIVER OF APPEARANCE FOR ARRAIGNMENT
### AND ENTRY OF PLEA OF NOT GUILTY
**(Pursuant to Rules 10 and 43 of the Federal Rules of Criminal Procedure)**

NOW COMES Defendant in the above-referenced case who, along with his/her undersigned attorney, hereby acknowledges the following:

1)      Defendant has received a copy of the indictment, superseding indictment or misdemeanor information in this case.  Defendant understands the nature and substance of the charges contained therein, the maximum penalties applicable thereto, and his/her Constitutional rights, after being advised of all of the above by his/her attorney.

2)      Defendant understands he/she has the right to appear personally with his/her attorney before a Judge for arraignment in open court on this accusation.  Defendant further understands that, absent the present waiver, he/she will be so arraigned in open court.

Defendant, having conferred with his/her attorney in this regard, hereby waives personal appearance with his/her attorney at the arraignment of this case and the reading of the indictment, superseding indictment or information, and by this instrument tenders a plea of "not guilty."  The defendant understands that entry by the Court of said plea for defendant will conclude the arraignment in this case for all purposes.

2-12-15
Date

*Eddie Gilliam*
Defendant's Signature

2/10/15
Date

*Pam T Sw*
Counsel for Defendant's Signature

### ORDER OF COURT

☑      The defendant's request to waive appearance at the arraignment is hereby APPROVED and a plea of not guilty is entered for the defendant effective this date.

☐      The defendant's request to waive appearance at the arraignment is hereby DENIED.

02/20/2015
Date

*N. Thomas Ray*
Judicial Officer

cc:      All Counsel of Record
         U.S. Probation Office
         U.S. Marshals Service
         Presiding Magistrate Judge